IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACQUELINE JONES-JACKSON, as Special Administrator of TYRONE JACKSON, deceased,<br><br>      Plaintiff,<br><br>vs.<br><br>ILLINOIS DEPARTMENT OF CORRECTIONS, et al.,<br><br>      Defendants. | CIVIL NO. 10-cv-287-MJR |

**MEMORANDUM AND ORDER**

**REAGAN, District Judge:**

Through counsel, Plaintiff Jacqueline Jones-Jackson filed this action seeking damages for the wrongful death of decedent Tyrone Jackson ("Tyrone").

**FACTS ALLEGED**

Jones-Jackson states that Tyrone was incarcerated at Robinson Correctional Center, beginning on January 16, 2009. Tyrone suffered from diabetes mellitus that required regular medication. Tyrone apprised Defendants of his condition, but Defendants did not provide him with the necessary medication. Tyrone experienced numerous complications due to his condition, which he regularly reported to Defendants. On April 17, 2009, Tyrone was found lying on a walk at Robinson. He was taken to Crawford Memorial Hospital, and his blood glucose level was in a high critical range. On April 18 Tyrone was diagnosed with hypovolemia secondary to hyperglycemia and sepsis with bacteremia. Tyrone died of sepsis and bronchopneumonia on April 19, 2009.

Jones-Jackson alleges that Defendants were deliberately indifferent to Tyrone's serious

medical needs, in violation of his rights under the Eighth Amendment. She has also included related state law claims of medical negligence and wrongful death.

## DISPOSITION

Defendants are **ORDERED** to timely file an appropriate responsive pleading to the complaint, and shall not waive filing a reply pursuant to 42 U.S.C. § 1997e(g).

Pursuant to Local Rule 72.1(a)(2), this cause is **REFERRED** to a United States Magistrate Judge for further pre-trial proceedings.

Further, this entire matter is hereby **REFERRED** to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

**IT IS SO ORDERED.**

**DATED this 15th day of July, 2010.**

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**